[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**RECEIVED** GMM
11/25/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**MR**

William Tatum #S00230
Plaintiff pro se
_____

        -vs-

The People of the
State of Illinois  -  Cook County
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:24-cv-12151**
**Judge Edmond E. Chang**
**Magistrate Judge Young B. Kim**
**RANDOM / Cat. 3**
**PC 2**

                vs.

Cook County
State's Attorney Kim Foxx
Cook County
Former State's Attorney Anita Alvarez
City of Chicago
Mayor Brandon Johnson
City of Chicago
Former Mayor Rahm Emannuel

ASA - Robert Holland

ASA - Kathleen Conniff
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

Defendants continued on next page >>>>>>>>>>>>>>>

**CHECK ONE ONLY:**

___✓___    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(1.)

Defendants continued from page #(II) - 1

State Attorneys Office:

ASA - April K. Gonzales

ASA - Peter G. Lisuzzo

ASA - Supervisor Branch _44 K. ROY_

ASA - Gavin Quinn

ASA - Connie Connis (Felony Review Officer)

ASA - B. Stark


City of Chicago, Cook County, Illinois, Police Bureau of Organized Crime Division/-
Gang Investigation Division - Task-Teams #6559 & #6556.

Chicago Police Department Superintendent - John Doe
Supervisors:
Sergeant Joseph Biggane #2365

Sergeant Bryant Smith #858

Team Members:

Officer Eric A. Wier #5743 (Former Officer)

Officer Mark Trost #10363

Officer M. Reno #19605

Officer Craig Brownfield #15752

Officer Enyinnaya O. Nwagwu #100728

Officer Dejuan L. Turner #10726

Officer Brian D. Wells #14771

Officer Miguel Cuadrado #5437

Officer Patrick M. Fahey JR. #9544

Officer Jose M. Huerta #13611

Officer CD Konagel #1367

John or Jane Doe (CONFIDENTIAL INFORMER/Citizen Agent for the Chicago Police
Department.

(2.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____*NONE*_____

B. Approximate date of filing lawsuit: _____*NONE*_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____*NONE*_____

D. List all defendants: _____*NONE*_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____*NONE*_____

F. Name of judge to whom case was assigned: _____*NONE*_____

G. Basic claim made: _____*NONE*_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____*NONE*_____

I. Approximate date of disposition: _____*NONE*_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.**   **Plaintiff(s):**

*1.*   A.   Name:   __WILLIAM TATUM__

   B.   List all aliases: __William L. Tatum, Phillip Wright, Deack, Duke, Yak__

   C.   Prisoner identification number:   __#S00203__

   D.   Place of present confinement:   __Illinois River Correctional Center__

   E.   Address:   __Route 99 West, P.O. Box 999, Canton, IL 61520__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

*2.*   A.   Defendant:   __KIM FOXX__

   Title:   __State Attorney for Cook County, Illinois__

   Place of Employment: __Daley Center- Suite 1303 555 W.Harrison ST__   Chi. IL 60607

   B.   Defendant:   __ANITA ALVAREZ__

   Title:   __Former State Attorney for Cook County, Illinois__

   Place of Employment:   __Unknown__

   C.   Defendant:   __BRANDON JOHNSON__

   Title: __Mayor for the city of Chicago, Cook County, Illinois__

   Place of Employment: __City Hall 121 N. LaSalle St. Suite 507 Chicago, Il 60602__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

*Attachment Continued →*

( 3. )

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendants continued: from page #2

D. Defendant: Rahm Emannuel

Title: Former Mayor for the city of Chicago, Cook County, Illinois

Place of employment: _____ Unknown _____

E. Defendant: Robert Holland

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

F. Defendant: Kathleen Conniff

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

G. Defendant: April K. Gonzales

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

H. Defendant: Peter G. Lisuzzo

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

I. Defendant: Branch (Supervisor)

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2600 S. California Ave. Chicago, IL. 60608

J. Defendant: Gavin Quinn

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

K. Defendant: Connie Connis

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

L. Defendant: B. Stark

Title: Assistance State Attorney, Cook County, Illinois

Place of Employment: 2650 S. California Ave. Chicago, IL 60608

(4·)

Defendants continued from page # (2) - 2

M.   Defendant:   John or Jane Doe

       Title:   Chicago, IL Police Departments Superintendent

       Place of Employment: 3510 S. Michigan Ave. 5th Fl, Chicago, IL 60653

N.   Defendant:   Joseph Biggane #2365

       Title:   Supervisor/Sergeant (OCD) Task Force

Place of Employment: 3510 S. Michigan Ave. Chicago, IL 60653

O.   Defendant:   Bryant Smith #858

       Title:   Supervisor/Sergeant (OCD) Task Force

       Place of Employment: 3510 S. Michigan Ave. Chicago IL 60653

P.   Defendant:   Eric A. Wier #5743 (Retired)

       Title:   Former Chicago Police Officer

       Place of Employment: Unknown

Q.   Defendant:   Mark Trost #10363

       Title:   Chicago Police Officer

       Place of Employment: 3510 S. Michigan Ave. Chicago, IL 60653

R.   Defendant:   M. Reno #19605

       Title:   Chicago Police Officer

       Place of Employment: 3510 S. Michigan Ave. Chicago, IL 60653

S.   Defendant:   Craig Brownfield #15752

       Title:   Chicago Police Officer

       Place of Employment: 3510 S. Michigan Ave. Chicago, IL 60653

T.   Defendant:   Enyinnaya O. Nwagwu #100728

       Title:   Chicago Police Officer

       Place of Employment: 3510 S. Michigan Ave. Chicago Il.60653

(5.)

Defendants continued from page # (II) - 2 End.

U.   Defendant:   Dejuan L. Turner #10726

    Title:   Chicago Police Officer

    Place of Employment:   3510 S. Michigan Ave. Chicago, IL 60653

V.   Defendant:   Brian D. Wells #14771

    Title:   Chicago Police Officer

    Place of Employment:   3510 S. Michigan Ave. Chicago, IL 60653

W.   Defendant:   Miguel Cuadrado #5437

    Title:   Chicago Police Officer

    Place of Employment:   3510 S. Michigan Ave. Chicago, IL 60653

X.   Defendant:   Patrick M. Fahey,JR #9544

    Title:   Chicago Police Officer

    Place of Employment:   3510 S, Michigan Ave. Chicago, IL 60653

Y.   Defendant:   Jose M. Huerta #13611

    Title:   Chicago Police Officer

    Place of Employment:   3510 S. Michigan Ave. Chicago, IL 60653

Z.   Defendant:   CD Konagel #1367

    Title:   Chicago Police Officer

    Place of Employment:   3510 S. Michigan Ave Chicago, IL 60653

00.   Defendant:   John or Jane Doe

    Title:   CONFIDENTIAL INFORMANT FOR THE CHICAGO POLICE DEPARTMENT.

    Place of Employment:   Name and Address can be located at 3510 -

                                               S. Michigan Ave. Chicago, IL 60653.

## IV.    Statement of Claim: FFACTS

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

4. Plaintiff's Narrative:  This litigation arises from the violation of plaintiff's U.S.C.A. rights, stemming from the arrest, followed by a malicious, vindictive and wrongful prosecution after a Chicago Police (OCD) tactical raid was conducted on his and Lakacia Tye's residence to confiscate a handgun that was initiated by a then Chicago Police Officer, Eric A. Weir, Star #5743, who was assigned to the Bureau of Gang Intelligence Division, and an an alleged confidential informer.

Based on this information allegedly received from this uncertified confidential informer. Ofc Weir then went in front of the Honorable Judge Gloria Chevere, #1930, based off his informational testimony he obtained a search warrant, #16SW7332 to recover one (1) firearm with proof of plaintiff's residency. See Exhibit # $A$ / $of$ $7$

5. After making a forcible entry into the residence, in this raid, a handgun was recovered - one (1) Springfield Model: XD .45 caliber S/N #GM430916, with two (2) ammunition magazines, one of which held seven (7) live rounds of ammunition, one (1) box of Federal ammunition with forty-three (43) live rounds, and a gun case. See Exhibit # $D$ $and$ $\#$ $G$ / $to$ $4$ $oF$ $11$

6. Plaintiff arrived at his residence during the CPD Task Force's raid and was

( 7. )

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

was immediately placed under arrest and taken into custody.

During the arrest, plaintiff's girlfriend/common-law wife, Lakacia Tye,

was present at the residence and informed the Police Officers that the gun

was in fact hers and that she had a valid Firearm Owners Identification

Card (FOID) that expires in 2028. Tye was not arrested. See Exhibit # A

7. The arrest report was designated RD # HZ435688, Case Indictment Number:

No. 16CR-15137, People v. William Tatum. See Exhibit # A / of 7

Plaintiff was charged and indicted for being an Armed Habitual Criminal -

Chapter 720 ILCS Act 5 § 24-1.7 (a); Unlawful use or possession of a wea-

pon by a felon, ILCS 720 Act 5 for a prior conviction § 24-1.1 (a); and for

unlawful use or possession of firearm ammunition under ILCS 720 Act 5 §

24-1.1 (a), a True Bill indictment was returned by the Grand Jury.

See Exhibit # B / of 11

8. This plaintiff's arrest date occurred on September 15, 2016. On October 24,

2016, the CPD Evidence Technician photographed eight (8) digital close-up

of partial ridge impression of a finger-print(s) that was developed off of

one (1) of the two (2) firearm ammo magazines that was confiscated and inven-

toried under INV # 13767398.

ASA Kathleen Conniff made a request to the Illinois State Police - Forensic

Latent Fingerprint Section to perform an examination analysis against this

plaintiff's submitted fingerprints standard ten-print card; and the results

came back negative. The fingerprints were entered and ran through the Auto-

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

mative Fingerprint Information System (AFIS). See Exhibit # *E / of 7 and G-2, 3 of 11.*

9. The plaintiff's private attorney, Jayne A. Ingles, submitted a motion for a comparison analysis to be compared against the fingerprints of Lakacia Tye, the legal owner of the gun. TThe results were also returned negative against the prints raised on the ammo magazine. See Exhibit # *E 5 of 7 to 7 of 7*

In addition to this, the CCSAO-ASA April Gonzales, submitted an Alcohol, Tobacco and Firearm (ATF) - Evidence Trace Request to their gun center. See Exhibit # *D 1.*

The firearm was also submitted to the Illinois State Police Forensic Ballistic Section for examination. The gun was tested according to the ISP - Forensic Analyst FirearmsBallistic Worksheet - the analyst observed signs of firing residue - observed light dust (received from the laser) during the examination. However, no ISP Forensic Ballistic Examination Report was ever shown to this plaintiff that listed the test results for expended gunpowder (ie; potassium nitrate, charcoal and sulphur). See Exhibit # *D 2 of 2.*

10. The gun was brand new and still in the case. It had not been loaded by this plaintiff, nor by Lakacia Tye, whose fingerprints were also cleared by the FP Examiner (ISP). The Federal ammunition box held fifty (50) rounds and forty three (43) of them were still insider of the box. The remaining seven (7) bullets had been inserted into one (1) of the ammunition magazines where the unknown partial fingerprint had been found. See Exhibit # *G / and 4 of 11.*

11. Lakacia and I have a lot of children and I was away from home much of the time. The Chicago Police and the State Attorney's Office has charged this plaintiff with a Felony Murder under case No. 1998CR01046; and an attempted First Degree Murder under case No. 06CR2693901. See Exhibit # *C / of 3.*

These cases were unfounded and made this plaintiff a target for two rival gangs; but even worse, it made me a certified target for the Bureau of Organized Crime Division, Gang Investigation Unit of the CPD and the State Attorney's Office who has an extensive history of convicting minority citizens.

The State Attorney's Office had learned that the owner of the gun, Lakacia Tye had a valid Firearm Owners Identification Card and had legally purchased this gun from

Chuck's Gun Store, 14310 South Indiana Avenue, Riverdale, IL 60827, Telephone
Number (708) 849-4455. The State Attorney's Office also obtained a bill of sale
receipt for the firearm.

12. The State Attorney's Office knew it was a legally obtained firearm and did not
belong to this plaintiff. But, just like in the murder case and the attempted
murder case, they elected to prosecute this plaintiff; moreover, they upgraded the
charge to Armed Habitual Criminal etc, a charge that would have carried a sentence
of 6 to 30 years at 85% upon conviction would have amounted to being a charge that
would carry more time than an ordinary Unlawful Use of a Weapon charge, resulting
in a de-facto life sentence for this plaintiff. See Exhibit # B / of 2( to 11.

13. On February 28, 2017, Defense Attorney Amy P. Campanelli filed a motion for discovery
on the plaintiff's behalf and it included a Bill of Particular requesting under 22
that reads in the event an anonymous informant is utilized in any fashion, that the
Court compel production of the informant in camera for purposes of determining com-
pliance with fundamental and procedural due-process of any prior determination of
probable cause by examination of said informant.

This request was made to the Court pursuant to Illinois Supreme Court Rule 412 and
the Constitution of the U.S. amendment six (VI) and fourteen (XIV), Constitution of
Illinois, Article I § 8 to enter an order requiring the prosecution to fulfill the
aforementioned requests at the earliest time possible. Exh. # F / of 6 - 6.

14. The State Attorney's Office never produced the uncertified and unknown confidential
informer to determine certification for probable cause to obtain the search warrant
to raid the plaintiff's home in violation of his fourth (IV) and fourteenth (XIV)
amendment rights.

Nor was the police's confidential informer's fingerprints, or the members of the
OCD police task force prints examined against the recovered unknown subject partial
print(s). Plaintiff does not know if the box of bullets or the seven (7) removed
from the ammunition magazine were ever tested for fingerprints.

Moreover Lakacia Tye was legally entitled to own that handgun that she had purchased
or any other type of gun that she chose for her self protection, pursuant to the
U.S.C.A. Second (II).

(10.)

Kamala Harris, the Vice President of the United States during a television interview, stated that she was the owner of a Glock handgun and that she would shoot anyone that entered her home illegally. Does she have a Firearm Owners Identification Card ? Is she breaking the law ?

JD Vance, the Vice Presidential candidate in an interview after the attempted assassination of his running mate, former President Donald J. Trump, stated that he went home and immediately loaded his guns.

Plaintiff asserts the raid on their residence cost his family a considerable amount of hardship, stress, financial problems and loss of personal property that his family is struggling with to repay on his behalf while he is incarcerated due to the Chicago police raid on their residence. See Exhibit #𝒢. The police unnecessarily smashed in the front door. Lakacia Tye was at home at the time. This caused her to have to leave the residence unsecured in fear for her and their children's safety. The police had illegally confiscated her gun and if the alleged police confidential informer really existed, he/she would have known that.

The description of the gun that was given to the Court was inaccurate. Ofc Eric A. Wier said that it was black, when it was in fact, two tone silver and black. See Exhibit # 𝒢 / of 11.

15. Lakacia Tye was forced to move and find new lodging for herself and their children to live in. It has been extremely rough on their family who is still struggling to make their lives better once again. Above all else, this situation is causing this plaintiff significant emotional distress in violation of his eighth (VIII) Constitutional Amendment right, and others caused by the Defendant's because of their vindictive prosecution.

Upon information and belief, plaintiff asserts that Ofc Eric A. Wier, #5743, lied in his case report narrative about this plaintiff stating that the plaintiff carried this gun for his protection and the State Attorney's Office took those reports and obtained a true bill indictment by using Ofc Eric A. Wier's, or another police officer or the police confidential informer (possibly both) testimony at the Grand Jury proceedings. See Exhibit # A and B .

Ofc Wier alleged in his report that the confidential informer stated that the plaintiff showed him/her the gun and had a conversation concerning the readiness state of the firearm.

(11.)

Upon information and belief, this plaintiff believes once again, that Ofc Wier lied and that he, or another member of the OCD teams found the gun in it's case unloaded and then slotted seven (7) bullets from the ammunition box into one (1) of the gun's magazines to bolster their case. It is entirely possible that the partial latent fingerprint might belong to one of those police officer's. The gun and ammunition magazines were ordered destroyed in bad faith by the Court. See Exhibit #

16. Upon information and belief, plaintiff asserts that the CPD-OCD Gang Intelligence and Investigation specifically and deliberately targeted him for prevailing against the false charges for murder and attempted murder that were brought against this plaintiff and this latest gun charge was taken up by the Cook County State Attorney's Office, who then launched a malicious and vindictive prosecution case by upgrading the charge in order to be able to sentence the plaintiff to a de-facto life sentence on a conviction for a legally obtained firearm purchased by his girlfriend/common law wife. At all times, the defendant acted under color of State law.

### LEGAL CLAIMS & EXHAUSTION OF LEGAL REMEDIES

Plaintiff, reallege and incorporate by reference paragraphs __/__ to _25_.

17. In addition, 42 U.S.C.A. § 1997e(a) Exhaustion of Illinois Department of Corrections grievance system for Administrative Legal remedies are not applicable in this litigation action.

18. Plaintiff, is suing the People of the State of Illinois, Chicago, Cook County State Attorney's Office - Kim Foxx, Anita Alvarez for the amount of One Hundred Million Dollars ($100,000,000.00). In addition, each of these defendants are both being sued for compensatory damages in the amount of Five Hundred Thousand Dollars ($500,000.00), and punitive damages in the amount of Five Hundred Thousand Dollars ($500,000.00) jointly and severally in their professional and private capacity.

Each defendant named in this litigation as Assistant State Attorneys, who aided in the plaintiff prosecution is being sued jointly and severally in both their professional and private capacity, for the sum of One Hundred Thousand Dollars ($100,000.00) for compensatory damages each; and punitive damages in the amount of One Hundred Thousand Dollars ($100,000.00) each.

(12.)

✻ NOTE ✻ All defendants of the State Attorney's Office license numbers are
         unknown to the plaintiff at this time:

ASA Robert Holland

ASA Kathleen Coniff

ASA April K. Gonzales

ASA Peter G. Lisuzzo

ASA     Branch (Supervisor) K· Roy

ASA Gavin Quinn

ASA Connie Connis (Felony Review Officer)

ASA B. Stark

19. Plaintiff is suing the City of Chicago, Cook County, Illinois and the Chicago
    Police Department - Brandon Johnson, Rahm Emmannuel for the amount of One Hundred
    Thousand Dollars ($100,000.00), in addition, each of these defendants are both
    being sued for compensatory in the amount of Five Hundred Thousand Dollars ($500,000.
    00), and punitive damages in the amount of Five Hundred Thousand Dollars ($500,000.00)
    jointly and severally.

    Each defendant named in the Chicago Police Department, named in this litigation, is
    being sued for the violation of the plaintiff's William Tatum, constitutional amend-
    ment rights, jointly and severally in both their professional and private capacity
    for compensatory damages and punitive damages.

    John/Jane Doe (Superintendant) is being sued for compensatory damages in the amount
    of One Hundred Thousand Dollars ($100,000.00), and punitive damages in the amount of
    One Hundred Thousand Dollars ($100,000.00).

    Plaintiff is suing each member of the Chicago Police Department's of Chicago, Cook
    County, Illinois, Special Operations -̲-Bureau of Organized Crime Division (OCD),
    and Gang Intelligence/Investigation Unit (GIU) - Teams # 6559 & 6556, Task Group
    Supervisors -

    Sgt Joseph Biggane #2365, is being sued for compensatory damages in the amount of
    Seventy Five Thousand Dollars ($75,000.00), and punitive damages in the amount of
    Seventy Five Thousand Dollars ($75,000.00):

Sgt Bryant Smith #858, is being sued for compensatory damages in the amount of Seventy Five Thousand Dollars ($75,000.00), and punitive damages in the amount of Seventy Five Thousand Dollars ($75,000.00).

Ofc Eric A. Wier #5743 (former police officer), is being sued for compensatory damages in the amount of Five Million Dollars ($5,000.000.00), and punitive damages in the amount of Five Million Dollars ($5,000,000.00), or against his estate if deceased.

Ofc Mark Trost #10363, is being sued for compensatory damages in the amount of Twenty Five Thousand Dollars ($25,000.00), and punitive damages in the amount of Twenty Five Thousand Dollars ($25,000.00).

Ofc M. Reno #19605, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Craig Brownfield #15752, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Enyinnaya O. Nwagwu #100728, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Dejuan L. Turner #10726, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Brian D. Wells #14771, is being sued for compensatory damages in the amount of Fifty Thousand Dollara ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Miguel Cuadrado #5437, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Patrick M. Fahey Jr. #9544, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00) and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc Jose M. Huerta #9544, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

Ofc CD Konagel #1367, is being sued for compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00), and punitive damages in the amount of Fifty Thousand Dollars ($50,000.00).

John/Jane Doe (Citizen) - Confidential Informer/Agent working for the Chicago Police Department - former officer Eric A. Wier #5743, is being sued as a Police Official Protected Agent, for compensatory damages in the amount of Ten Million Dollars ($10,000,000.00), and punitive damages in this person's private  capacity as a cit-0 izen of the U.S.A. in the amount of Ten Million Dollars ($10,000,000.00).

## RELIEF REQUESTED

20. Plaintiff, is suing for the examination by an independent expert latent fingerprint analyst, of unknown partial fingerprint(s) lifted off of one (1) of the ammunition magazines, to be compared against the fingerprints of every member of the Chicago Police OCD Tactical Teams that were involved in the raid on the plaintiff's residence named in this litigation; including the alleged confidential informer who also may have had access to the plaintiff's residence.

Plaintiff is suing the Cook County State Attorney's Office, and the Chicago Police Department, to expunge every single felony case that was charged by the Chicago Police, prosecuted by the State Attorney's Office and successfully defended by this plaintiff, removed from all law enforcement electronic data bases including destruc- tion of all case file paper records to include any fingerprint ten-print cards from the CCSAO/CPD Record Center (ie; Court Houses, Police Stations, State Attorney's office and Medical, from Federal and State data information systems to be permanently removed.

21. Plaintiff, is suing for Fifty Thousand Dollars ($50,000.00) for reparation for the deliberate and unlawful destruction of the handgun & ammo confiscated from Lakacia Tye, and ordered destroyed by the Court even though the Court, State Attorney's and Police Officer's knew the gun was legal. Order immediate reimbursement, for the City of Chicago to issue a bonded license to Lakacia Tye for a license to carry concealed in the State of Illinois for the deprivation of her U. S. Constitution second (II) amendment right to own a firearm, and illegally using this plaintiff as an excuse to confiscate it. *See Exhibit # H 1 of 3 and I 1 of 2.*

*(15.)*

22. The plaintiff, William Tatum, has no plain, adequate or complete remedy at State
law to redress the wrongs described herein-supra.

Plaintiff has been and will continue to be irreparably injured by the conduct of the
defendants for the deliberate violation of his, and Lakacia Tye's U.S. Constitution
Amendment rights under the second (II), fourth (IV), fifth (V), eighth (VIII) and
fourteenth (XIV). Lakacia Tye had an absolute constitution amendment right to own
and keep her gun inside of her residence for her and the children's protection, in
which plaintiff was falsely accused of having possessed by some unknown and uncer-
tified police confidential informer who could not give a true description of Tye's
handgun.

23. Plaintiff is suing the defendants for the attorney fees and cost of this litigation
action.

24. Any additional relief this Court deems just, proper and equitable.

WHEREFORE, plaintiff William Tatum, respectfully prays that this Court enter judge-
ment granting plaintiff the relief that was requested supra.

25. A declaration that the acts and omissions described herein violated plaintiff's rights
under the constitution and laws of the United States.

Dated: _October 17, 2024_                          Respectfully submitted

                                             /s/ _William Tatum_

                                             William Tatum
                                             Reg # S00230
                                             Illinois River Correctional
                                             Center, Rte 99 West PO Box 999
                                             Canton, IL 61520

                        VERIFICATION/DECLARATION
                        Under Penalty of Perjury

I have read the foregoing complaint and hereby verify that the matters alleged therein
are true, except as to matters alleged on information and belief, and as to those, I
believe them to be true. I certify under penalty of perjury that the foregoing is true
and correct. Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of per-
jury that I am a named party in the above action, that I have read the above documents
and that the information contained therein is true and correct to the best of my knowledge.

Date: _October 17, 2024_                    /s/ _William Tatum_

                                             William Tatum
                                             Reg. No. S00203

                            _(16-)_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Attchment #20 - 25. *(Supra)*.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _17_ day of _October_, 20_24_

*William Tatum*

*Register No. William Tatum S00230*

(Signature of plaintiff or plaintiffs)

_____

(Print name)

_____

(I.D. Number)

_____

_____

(Address)

*(17.)*

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Plaintiff Exhibit 1 of 7*

Page 1 of 3

| COURT BRANCH | COURT DATE |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(3-81) CCMC-1-219

STATE OF ILLINOIS          THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

On this day, **Chicago Police Officer Eric Wier #5743, Organized Crime Division, Gang Investigation Division, Complainant,** now appear before the undersigned Judge of the Circuit Court of Cook County and request the issuance of a search warrant to search:

TATUM, William IR#1218706, male black, 5"09, 165 lbs, blk hair, medium complexion, DOB 21-Jan-1980

### And the premises:

A single family residence located at 13231 South Langley St Chicago, Cook County Illinois.

### And seize the following instruments, articles, and things:

One black Semi-Auto handgun and proof of residency.

### Which has been used in the commission of, or which constitute evidence of the offense of:

Unlawful Use of Weapon by Felon 720Ilcs 5/24-1.1(a)

Complainants say that they haves probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

    I, P.O.Eric Wier #5743 have been a Chicago Police Officer for the past 22 years and am currently assigned to the Gang Investigation Division, Bureau of Organized Crime. During my tenure as a Chicago Police Officer I have personally made arrests for narcotics and weapon violations leading to felony charges and subsequent convictions brought before the Circuit Court of Cook County, Illinois. I have worked with the Federal Bureau of Investigations and Alcohol tobacco on joint investigations involving purchasing illegal weapons and narcotics. These cases have resulted in successful arrest and prosecutions at the Federal level. I have not included each and every fact known to me concerning this investigation. I have only included those facts that I believe necessary to establish probable cause.

    On         P.O. Eric Wier #5743 had a conversation with J. Doe concerning a gun at the location of 13231 South Langley Chicago Cook County, Illinois. J. Doe related that a male black known to J.Doe as

Subscribed and sworn to before me on    9-11-16 @ 6:45 pm

COMPLAINANT

JUDGE      Judge's No.

COURT BRANCH        COURT DATE

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(3-81) CCMC-1-219

**STATE OF ILLINOIS**
**COUNTY OF COOK**

**THE CIRCUIT COURT OF COOK COUNTY**

# COMPLAINT FOR SEARCH WARRANT

William has a weapon at his residence located at 13231 South Langley Ave, Cook County Chicago Illinois. The C/I observed William holding a black semi-auto handgun with extended clip. William remarked to the J. Doe that he always has the gun loaded because he is afraid that one of his neighbors is going to run into his apartment and shoot him. William related that he has problems with Hispanic Street Gang and is worried about them rolling up on him and shooting him as well. J.Doe observed a box of ammo on a shelf that was partially open with shells removed from the box. William remarked that his gun was loaded and ready to go. William removed the magazine from the gun and remarked this shit is the same shit as what is in that box, referring to the shells that J. Doe observed. J.Doe observed that William place the loaded magazine back into the base of the pistol. William then told J.Doe that he keeps his gun in a safe because he once stored it in a children's book bag but he was afraid someone would pick up the book bag not knowing the handgun was inside. P.O. Wier asked the J. Doe why William left the weapon J.Doe remarked William is afraid of someone coming into his house and shooting him, that is why the gun is loaded and ready to use.

J. Doe related to P.O. Wier the different calibers, types of handguns, rifles, and shotguns that J.Doe is familiar with. J. Doe believes this weapon to be real and fully functional.

During the conversation with J. Doe P.O. Eric Wier#5743 produced a Chicago Police Department Clear Data Photo of TATUM William IR#1218706 and showed it to the J.Doe J. Doe identified the photo as William the individual who had the semi-auto handgun in his hand and removed a loaded magazine from the semi-auto hand gun then re-set it back into the gun. J. Doe informed P.O. Wier that the address of 13231 South Langley Ave Chicago Cook County Illinois is where J. Doe knows William to live. P.O. Wier located a case report from March 07 2016, HZ178491 were it lists TATUM William residing at that address, with a weapon that was in his waist during a domestic incident. J.Doe has identified the residence of 13231 South Langley Chicago Cook County Illinois to P.O. Wier as the place were TATUM William IR#1218706 resides and the location of were J. Doe observed the loaded handgun in possession of TATUM William IR#1218706.

With this information P.O. Eric Wier relocated to his office then conducted a criminal background check of TATUM William IR#1218706. TATUM William is a convicted felon under Case#11CR0862101 for narcotics, and 06CR2693901 for Agg Discharge of Firearm. TATUM was sentenced to the Illinois Department of Corrections on both cases.

Based upon aforementioned information I, P.O. Eric Wier#5743, respectfully request a search warrant for TATUM Wiliam IR#1218706, male black , med complexion, DOB 21-Jan-1980, 5'09" 165 Ilbs, , and the premises located at13231 South Langley St, Chicago Cook County Illinois.

J. Doe's criminal history including any pending investigations if any have been presented and made available to the undersigned Judge.

#5743

COMPLAINANT

Subscribed and sworn to before me on    9-11-16 @ 6:45 my

JUDGE     Judge's No.

location of 13231 South Langley Avenue Chicago IL, a picture of the residence, and a picture of the target of the search warrant TATUM, William.

Team 6559 Members P.O. Wier#5743 and P.O. Trost#10363 assisted by Team 6556 went to the location of13231 South Langley Ave, and went to the front door of the residence.   Upon approached to the residence Sgt J. Biggane contacted O.E.M.C. via radio that a search warrant was going to be executed at 13231 South Langley. P.O. Wier made several loud and clear announcements identifying his office and saying search warrant.   After no response forcible entry was made by P.O. M. Cuadrado and P.O. C. Brownfield. Upon entry into the residence numerous announcements were made identify officers and the reason for entry.   A search of the residence located no occupants present.   Team members did a systematic search of the residence, locating the following items. In bedroom #1 as marked on the diagram of the residence (1) one black pistol case that was unsecured on the floor next to the bed contained, one Springfield Armory 45 cal semi-auto pistol, serial#GM430916, loaded with multiple rounds in the magazine.   The pistol containing the loaded magazine and the empty magazine were inventoried under inventory#13767398.   These items were sent to the Illinois Crime lab for analysis.   The black gun box that the weapon and the magazines were found in, were inventoried under inventory#13767446.   Located in the dresser of the bedroom#1 was one box of Federal 45 cal rounds with 43 live rounds in the box. This item was inventoried under inventory#13767403.   The weapon was found by P.O. Wier and recovered by P.O. M. Trost.   In the closet of the bedroom (1) one pair of jeans with an envelope addressed to the target of the search warrant was located by P.O. Wier and recovered by P.O. Trost.   The jeans are inventoried under inventory#13767439.   In the living room of the residence, numerous pieces of mail were located for the target of the search warrant. These items were inventoried under inventory#13767412 and 13767407.   A copy of the search warrant was left on the counter in the kitchen.

While members of the Search Warrant Team exited the residence, and began securing the entrance to the residence, TATUM walked up and began questioning why the police were in his home, and what right did the police have to go into his home, breaking his door down, and searching.   It was explained to TATUM that the Search Warrant Team had a search warrant for his residence and that he was the target of the search warrant.   TATUM was told that a weapon was recovered from the residence, which he replied "I didn't buy it".   TATUM girlfriend, TYE remarked I have my gun card. It was explained to her that, TATUM her boyfriend a convicted felon, had weapon in his possession previously and could not possess the weapon.   TYE acknowledged that TATUM lived there and was presented a copy of the search warrant from the kitchen. TATUM was placed in custody and transported to the Fifth District Police Station for processing.

TATUM was placed in an interview room in the Fifth District.   P.O. Wier asked TATUM if he wanted anything to eat or drink.   TATUM requested some water which he was given.   P.O. Wier instructed TATUM that before he could ask him any questions about the weapon that he was going to advise him of his Miranda Rights.   TATUM acknowledged that he knew what these were.   P.O. Wier using a preprinted form advised TATUM of his rights and asked if he understood each.   TATUM acknowledged that he understood his rights and signed the preprinted form. This was witnessed by, P.O. D. Turner and P.O. N. Enyinnaya.   The following interview is a summary not verbatim. P.O. Wier asked TATUM why he needed the gun; TATUM remarked, I need the gun for protection.   P.O. Wier asked protection from whom, TATUM remarked, I have a lot of enemies on the street.   P.O. Wier asked TATUM so you carry the gun outside your home? TATUM remarked, yeah I need it for protection, you know how the streets are, no one is safe.   P.O. Wier asked TATUM that he knew that he could not possess the weapon because he was a convicted felon, he remarked Yeah I know it but, I need something to protect myself.   TATUM was asked about where the weapon came from, he said that, he didn't buy it and that's all he wanted to say on that.

P.O. Wier contacted Felony Review and spoke to C. Connis about the investigation.   Felony charges were approved at 9:40 p.m.   TATUM was taken to Fifth District lock-up for processing.

## THIS CASE IS CLOSED BY ARREST AND PROSECUTION

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |   |
|---|---|---|
|  |  |  |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

**On this day, Chicago Police Officer Eric Wier #5743, Organized Crime Division, Gang Investigation Division, Complainant, now appear before the undersigned Judge of the Circuit Court of Cook County and request the issuance of a search warrant to search:**

## I therefore command that you search:

TATUM, William H IR#1218706, male, black, 5"09,165 lbs, blk hair, medium complexion, DOB, 21-Jan-1980

## And the premises:

A single family residence located at 13231 South Langley, Chicago, Cook County, Illinois,

## And seize the following instruments, articles and things:

One black Semi-Auto handgun and proof of residence.

## which have been used in the commission of, or which constitute evidence of the offense of:
## UUW by Felon 720ILCS5/24-1.1(a)

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge _G. CHEVERE_ or before any court of competent jurisdiction.

_____ / 193)
JUDGE                        Judge's No.

Date and time of issuance: _9-11-16 @ 6:45 pm_

ASA Brendon Stark

sept 11, 2016 18:01 16:50 17:72

**Chicago Police Department - ARREST Report**

CB #: 19371481

TATUM, William

## ARREST REPORTING

**WARRANT**

NO WARRANT IDENTIFIED

---

**NON-OFFENDER(S)**

### VICTIM AND COMPLAINANT

Name: STATE OF ILLINOIS

Injured? No    Deceased? No

DOB:

Hospitalized? No

Age:

Treated and Released? No

Comments:

---

**ARRESTEE VEHICLE**

NO ARRESTEE VEHICLE INFORMATION ENTERED

---

**PROPERTIES**

### Confiscated Properties :

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    TATUM, William,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

---

**INCIDENT NARRATIVE**

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT#12311.  TEAM 6559 AND TEAM 6556 FROM ORGANIZE CRIME DIVISION, GANG INVESTIGATIONS, EXCUTED SEARCH 16SW7332 AT 13231 SOUTH LANGLLEY FOR THE ABOVE OFFENDER. ENTRY WAS MADE AT THE RESIDENCE LOCATING ONE(1)SRINGFIELD AMORY 45 CAL HANDGUN SERIAL#███████LOADED.  THE WEAPON WAS INVORTIED UNDER INVENTORY#13767398. OFFENDER CAME TO THE RESIDENCE AND ASKED WHY WE WERE IN HIS RESIDENCE AND WHAT RIGHT WE HAD GOING INTO HIS RESIDENCE. OFFENDER WAS TOLD WE HAD SEARCH WARRANT FOR HIS RESIDENCE AND HE WAS THE NAMED OFFENDEER LISTED ON THE SEARCH WARRANT FOR A HANDGUN.  OFFENDER PLACED IN CUSTODY. ADVISED RIGHTS PER MIRANDA BY P.O.WIER IN THE PRESENCE OF P.O. D. TURNER#10726 AND P.O. E. NWMAGWA#7099 AT @635P.M. TATUM WAS ASKED WHY HE CARRIES THE HANDGUN, Tatum REPIELD NOT VERBATUIM. I HAVE TO CARRY IT I NEED IT PROTECTION, I HAVE TO CARRY IT ON THE STREETS BECAUSE I'M INTO IT WITH PEOPLE EVERYWHERE.P.O. WIER ASKED TATUM IF HE WAS AWARE THAT HE COULD NOT HAVE A GUN TATUM REPLIED " YEAH I KNOW BUT I NEED IT FOR PROTECTION".  NAME CHECK CLEAR/INVESTIGATIVE ALERTS. NO PERSONNEL PROPERTY, NOT CURRENTLY ON PAROLE. TATUM IS A CONVICTED FELON UNDER CASE#11CR0862101 & 06CR2693901.

---

Exh # A
6

**Event Number: 12311    Incident Number: 16-193-668    RD Number: HZ435688**
This Is A Gang Investigations Division Officer's Report By Beat 6559C
Page 3

NON OFFENDER(S):

POLICE PERSONNEL ON SCENE:

**SUPERVISOR**
Sgt Joseph. Biggane#2365
Sgt Bryant Smith#858

**TEAM MEMBERS.**
P.O. E. Wier#5743
P.O. M.Trost#10363
P.O.M. Reno#19605
P.O. C. Browenfiled#15752
P.O. N. Enyinnaya#100728
P.O .D. Turner#10726
P.O. B. Wells#14771
P.O. P .Fahey#9544
P.O. M.Curardo#5437
P.O. J. Huerta#13611

**UNIFORM OFFICERS**
P.O. D. Adcock#6673
P.O. M. O Brien#10634

EVIDENCE OFFICER/PHOTOS:

P.O.M. Trost#10363

NOTIFICATIONS:

OEMC execution of search warrant-
made by Sgt J.Biggane#2365
Gun Desk Sanchez#14723 by P.O. Turner#10726

ASA APPROVING

B.Stark

JUDGE APPROVED

G. Chevere#1930

HISTORY OF INVESTIGATION:

Event #07619: Prior to the execution of Search Warrant 16SW7332, P.O.
Wier the affiant of the search warrant, debriefed the Search Warrant Team.   All team members were provided the

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|

*Exh. #4*
*7 of 7*

## >>>FELONY MINUTES<<<<
### FORM 101



## FOR ASSISTANT STATE'S ATTORNEY USE ONLY

**16CR-15137**                    **AR 10-14-16**

COURT: BR 44-2                    DATE COMPLETED: Sep 15, 2016

| I.R. NUMBERS | DEFENDANTS | AGE | DATE OF ARREST | CHARGE(S) |
|---|---|---|---|---|
| 1218706 | TATUM, WILLIAM | 36 | Sep 15, 2016 | |
| | | | | |
| | | | | |
| | | | | |

DATE: Jul 21, 2014 TIME: 6:00 pm          LOCATION: 13231 South Langley Chicago Cook Il.

The facts briefly stated are as follows:

EXECUTED SIGN SEARCH WARRANT 16SW7332 at 13231 SOUTH LANGLEY FOR THE DEF. TATUM. R/O RECOVERED A LOADED SPRINGFIELD ARMOURY LOADED 45 CAL HANDGUN SERIAL#GM430916 IN THE BEDROOM OF THE DEF. DEF AFTER ADVISED HIS RIGHTS BY P.O. WIER IN THE PRESENCE OF P.O. D. TURNER#10726 AND P.O. E. NGAGUM#7099. DEF RELATED THE FOLLOWING NOT VERBATUIM THAT HE NEEDED THE GUN FOR PROTECTION, THAT HE HAD ALOT OF EMENIES ON THAT STREET AND THAT IS WHY HE NEED THE GUN. DEF ADMITTED THAT HE KNEW THAT HE WAS NOT ALLOWED TO POSSES THE GUN BUT NEEDED IT FOR PROTECTION.

Narcotics Related: YES ____  No X ____

Prosecuting Witness / Involvement:

| NAME/INVOLVEMENT | ADDRESS | PHONE | CODE |
|---|---|---|---|
| P.O. E. WIER#5743 | 3340 W. FILLMORE | | |
| P.O. M. TROST#10363 | | | |
| | | | |
| P.O. D. TURNER#10726 | | | |
| P.O. E. NMAGUM#7099 | | | |

BOND $                              Date: Sep 15, 2016

APPROVED BY ASA: CUNNIS          RD#: HZ435688

**24874**                          **9-30-16**



## OFFICE OF THE STATE'S ATTORNEY
## COOK COUNTY, ILLINOIS

**ANITA ALVAREZ**
State's Attorney

Criminal Prosecutions Bureau
2650 S. California Ave
Chicago, IL 60608

William Tatum
13231 S. Langley Ave
Chicago, IL 60827

RE:16CR-15137

William Tatum:

Please be advised that on September 30, 2016 you were indicted by the Cook County Grand Jury, Indictment No. 16CR-15137, charged with ARMED HABITUAL CRIMINAL, etc. Your courtroom assignment has been set for Friday, October 14, 2016, at 9:00 AM. Before the Honorable Leroy K Martin,Jr, Court Room 101, Criminal Division, Circuit Court of Cook County, 2650 S. California, Chicago, IL 60608. Failure to appear in assigned courtroom may result in a warrant for your arrest.

Sincerely,

ANITA ALVAREZ
State's Attorney of Cook County

By:
    Peter G Lisuzzo
    Assistant State's Attorney

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF COOK         )

Brenda Fisher, BEING FIRST DULY SWORN ON OATH DEPOSES AND STATES that she served a copy of the above letter, properly addressed and stamped to the above named by depositing same in the United States mail chute at 2650 S. California Ave, Chicago, IL, within five days of this indictment.

*Brenda Fisher*

Subscribed and sworn (or affirmed) to before me October 4, 2016

by _____
        Notary Public

OFFICIAL SEAL
MEE KYI LEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/03/16

STATE OF ILLINOIS          )

                           )    SS.

COUNTY OF COOK             )

The SEPTEMBER 2016 Grand Jury of the
Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of the
People of the State of Illinois, upon their oaths present that on or
about September 15, 2016 at and within the County of Cook

William Tatum

committed the offense of          ARMED HABITUAL CRIMINAL

in that HE, KNOWINGLY OR INTENTIONALLY POSSESSED A FIREARM AFTER HAVING
BEEN CONVICTED OF UNLAWFUL USE OF A WEAPON BY A FELON UNDER CASE NUMBER
06CR26939, AND UNLAWFUL USE OF A WEAPON BY A FELON UNDER CASE NUMBER
05CR062731,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.7(a) OF THE ILLINOIS
COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

COUNT NUMBER 1
CASE NUMBER 16CR-15137
CHARGE ID CODE: 0013855

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 15, 2016 at and within the County of Cook

William Tatum

committed the offense of      UNLAWFUL USE OR POSSESSION OF A WEAPON BY A FELON

in that HE, KNOWINGLY POSSESSED A FIREARM, IN HIS OWN ABODE, AFTER HAVING BEEN PREVIOUSLY CONVICTED OF THE FELONY OFFENSE OF UNLAWFUL USE OF A WEAPON BY A FELON, UNDER CASE NUMBER 06CR2693901, UNDER THE LAWS OF THE STATE OF ILLINOIS,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.1(a) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

THE STATE SHALL SEEK TO SENTENCE HIM AS A CLASS 2 OFFENDER, IN THAT HE HAS BEEN PREVIOUSLY CONVICTED OF VIOLATION 24-1.1 UNDER CASE NUMBER 06CR263901,

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 2
CASE NUMBER 16CR-15137
CHARGE ID CODE: 0013723

Case #: 16CR-15137
Defn 001 : William Tatum

## --FACTS--

**(Required for non-probations. Explain all nolles, VOP's, and acquittals)**

**Incident Date:** 09/15/2016
**Incident Address:** 13231 S. Langley Ave, Chicago, IL 60628
**Incident Notes:**

On above DTL
△ possessed a loaded.
handgun.

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 15, 2016 at and within the County of Cook

William Tatum

committed the offense of       UNLAWFUL USE OR POSSESSION OF A WEAPON BY A
                               FELON

in that HE, KNOWINGLY POSSESSED FIREARM AMMUNITION, IN HIS OWN ABODE, AFTER HAVING BEEN PREVIOUSLY CONVICTED OF THE FELONY OFFENSE OF UNLAWFUL USE OF A WEAPON BY A FELON, UNDER CASE NUMBER 06CR2693901, UNDER THE LAWS OF THE STATE OF ILLINOIS,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.1(a) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

THE STATE SHALL SEEK TO SENTENCE HIM AS A CLASS 2 OFFENDER, IN THAT HE HAS BEEN PREVIOUSLY CONVICTED OF VIOLATION 24-1.1 UNDER CASE NUMBER 06CR263901,

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                          COUNT NUMBER 3
                          CASE NUMBER 16CR-15137
                          CHARGE ID CODE: 0013723

IN RE: Tatum, William
AKA:
Case No: 16CR-15137

9/25/2016, 13231 S. Langley Ave., Chicago, IL 60628, defendant William Tatum possessed a loaded handgun.

12/6/22-jz

Kimberly M. Foxx
State's Attorney of Cook County

By:

EXH. # B
7 OF 11





TRUE BILL
PRESENTED GRAND JURY

BY
ASSISTANT STATE'S ATTORNEY

DATE: 9-30-16  G.J. #

*Exh. #2 B*
*8 of 11*

TO: SUPERVISOR, BRANCH _____ 44 _____                    29 -1.1(a2)

FROM: A.S.A. _____ K. Roy _____

DEFENDANT#1 _____ William Tate _____

DATE OF OFFENSE: ON or ABOUT _____ 9/15/16 _____

UNLAWFUL USE OR POSSESSION OF A WEAPON BY A FELON 720-5\24-1.1(a)
    Defendant, knowingly possessed (choose one)

    ☒ on or about his person _____ on his land __X__ in his own abode _____ in his fixed place of business

***NOTE: Serial number, color of gun and number of bullets are NOT necessary, but list jurisdiction, if not Illinois.***

COUNT I firearm, TO WIT: __X__ _____ ,

COUNT II firearm ammunition, TO WIT: __X__ _____ ,

Previous Felony Conviction; Offense: _____ 06 CR 2693901 _____ Case# _____
                                 UUW- felon
                                   (cl 2)

PLEASE CHECK:

_____ AOIC: 1214500 CLASS 3 (2-10 years)

If any of the below listed factors describe defendant's prior felony conviction (see 720 ILCS 5\24-1.1(e)),
PLEASE CHECK:

Class 2 Violations:

__X__ AOIC: 0013723 A prior violation of 24-1.1 Unlawful Use or Possession of a Weapon by Felon

      AOIC: 0012309 (Choose One)

_____ A felony violation of Article 24 of this code (deadly weapons); *OR*

_____ A felony violation of the Firearm Owners Identification Card Act; *OR*

_____ Stalking or Aggravated Stalking; *OR*

_____ A Class 2 or greater violation of the Illinois Controlled Substances Act; *OR*

_____ A Class 2 or greater violation of the Cannabis Control Act; *OR*

_____ A Class 2 or greater violation of the Methamphetamine Control and Community Prosecutions Act; *OR*

_____ A forcible felony (see 720 ILCS 5\2-8), including treason, murder, sexual assault, robbery, burglary, arson, kidnapping, aggravated battery-great bodily harm, permanent disability or disfigurement, or any other felony which involves the use or threat of physical force or violence against an individual

_____ AOIC: 0012310 Defendant was on parole or mandatory supervised release at the time of the offense,

PREPARED BY: _____ K. Roy _____        APPROVED BY: _____ W. Be 44 _____
      ASSISTANT STATE'S ATTORNEY               SUPERVISOR, BRANCH
                                                      Revised: 8/12/10

FROM: A.S.A. _____

DEFENDANT #1 ___ K Roy _____

DATE OF OFFENSE:    ON or ABOUT ___ 9/15/10 ___

       CONTINUING THROUGH _____

       BETWEEN _____ AND _____

## ARMED HABITUAL CRIMINAL   720-5\24-1.7(a)     CLASS X

Defendant(s), knowingly or intentionally, (choose one)

___ received ___ sold _√_ possessed ___ transferred

a firearm after having been convicted of

___ UUW felon ___ under case number _06 CR 2169 3961_
         (List the offense)

and

___ UUW felon ___ under case number _05 CR-0102730 1_
         (List the offense)

**NOTE: A Defendant is considered an Armed Habitual Criminal after having been convicted a total of 2 or more times of any combination of the following offenses:

**   A forcible felony as defined in Section 2-8 of this code. (Treason, First Degree Murder, Second Degree Murder, Predatory Criminal Sexual Assault of a Child, Aggravated Criminal Sexual Assault, Criminal Sexual Assault, Robbery, Burglary, Residential Burglary, Aggravated Arson, Arson, Aggravated Kidnapping, Kidnapping, Aggravated Battery resulting in great bodily harm or permanent disability or disfigurement, and any other felony which involves the use or threat of physical force or violence against any individual)

**   Unlawful Use of a Weapon by a Felon, Aggravated Discharge of a Firearm, Aggravated Unlawful use of a Weapon, Vehicular Hijacking, Aggravated Vehicular Hijacking, Aggravated Battery of a Child, Intimidation, Aggravated Intimidation, Gunrunning, Home Invasion, or Aggravated Battery with a Firearm.

**   Any violation of the Illinois Controlled Substances Act or the Cannabis Control Act that is punishable as a Class 3 felony or higher.

PREPARED BY:     _K Roy_
         ASSISTANT STATE'S ATTORNEY

APPROVED BY:     _____
         SUPERVISOR, BRANCH            Revised: 12-1-05

** INFORMATION INDICTMENT RETURN SHEET**

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|----------|-----|-----------|-----|------------------|
| 16CR-15137 | 1218706 | William Tatum | 001 | 10/14/2016 |

GJ- ▮▮▮

FBI-▮▮▮▮▮▮▮▮▮    SEX:Male    RACE:Black    DOB:01/21/1980

ISB-40161700    Add:13231 S. Langley Ave, Chicago, IL 60827

Municipal-16-1118982

CB-19371481    Arrest Agy:CHICAGO POLICE DEPARTMENT

RD/AR-HZ435688    Arrest Unit:UNIT 193 - GANG INTELLIGENCE
DIVISION

Arrest Date:09/15/2016

DL State: ***    DL#: ***

Hgt:509    Wgt:165

Hair:Black    Eyes:Brown

True Bill                     09/30/2016
ASA: Nora G Gill

001 ARMED HABITUAL CRIMINAL
        720 ILCS 5/24-1.7(a)
        0013855 Class: X
002 FELON POSSESS WEAPON/2ND+
        720 ILCS 5/24-1.1(a)
        0013723 Class: 2
003 FELON POSSESS WEAPON/2ND+
        720 ILCS 5/24-1.1(a)
        0013723 Class: 2

***

ET

ASA: _____ *A Sullivan*

DATE: October 11, 2016

CB #: 19371481
IR #: 1218706
ISB #: 40161700
FBI #: ████████

## DISPOSITION WORK SHEET

**CASE #: 16CR-15137**
**DEFN 001: William Tatum**

1. ARMED HABITUAL CRIMINAL      DISPO: *nolle*   SENT: _____
2. FELON POSSESS WEAPON/2ND+      DISPO: _____ SENT: _____
3. FELON POSSESS WEAPON/2ND+      DISPO: _____ SENT: _____

Date of Sentence: 12/6/22
Concurrent with: _____ Consecutive to: _____
People Recommended: _____
Sentencing Judge: *Clancy* _____

Total Fines, Fees &Cost: _____

SAFE ZONE CASE? ___ Yes ___ No
If yes, print witness letter to CAPS

### --Circle Name of Witness to be Notified--

* * *

Other Witness to be notified: _____

### --Circle Name of Police Officers to be Notified--

Mark Trost            Star: 10363
CHICAGO POLICE DEPARTMENT   Asg: UNIT 193 - GANG INTELLIGENCE DIVISION (312) 745-5200

DEJUAN L TURNER        Star: 10726           Type: Police Officer
CHICAGO POLICE DEPARTMENT   Asg: District 5, Calumet     (312) 745-5200

ERIC A WIER             Star: 05743           Type: Police Officer
(AO)
CHICAGO POLICE DEPARTMENT   Asg: District 9, Deering     (312) 745-5200

Other Police Officer's to be notified: _____



## OFFICE OF THE STATE'S ATTORNEY
## COOK COUNTY, ILLINOIS

**ANITA M. ALVAREZ**
**STATE'S ATTORNEY**

CRIMINAL PROSECUTIONS BUREAU
2650 SOUTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

DATE: 11/4/16

TO:     Organized Crime Division
        Narcotics Section, Unit 189
        Attn: Michelle
        FAX: (312) 746-7683

From: ASA April K. Gonzales
        2650 S. California Ave, 11B24
        Judge Porter – Courtroom 606
        Chicago, IL 60602
        TX:   (773) 674-7240
        FAX: (773) 674-7385

RE:     People of the State of Illinois vs William Tatum
        Case No. 16CR15137

Dear Ms. Connelly:

Please send me a copy of the O.C.D. File (case reports, supplemental reports, inventory slips, raid activity reports, search warrants, search warrant complaints, search warrant data sheets, etc.) and any pre-recorded fund sheets for the following case(s):

1.  RD NO. HZ435688

2.  Raid No. ——

3.  Search Warrant No. 16SW7332

4.  Reporting Officer Wier #5743

The information can be sent through inter-office (police) mail to the below address.

Respectfully,

April K. Gonzales
Assistant State's Attorney
2650 S. California Ave, 11B24
Chicago, IL 60608
Fax (773)674-7385

| Disposition: **NOLLE PROSEQUI** | | Disposition Date: **31-OCT-2008** | |
| Sentence: | | Sentence Date: | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5\8-4(720-5\9-1) | **ATTEMPT FIRST DEGREE MURDER** | F | 06CR2693901 |

| Disposition: **NOLLE PROSEQUI** | | Disposition Date: **12-AUG-2008** | |
| Sentence: | | Sentence Date: | |
| Disposition: **NOLLE PROSEQUI** | | Disposition Date: **31-OCT-2008** | |
| Sentence: | | Sentence Date: | |

━━━━━ ARREST ━━━━━

| Arrest Name: **TATUM, WILLIAM** | Arrest Date: **02-JUL-2006**   Holding Facility: **CPD - DISTRICT 002 MALE** |
|---|---|
| Date of Birth: **21-JAN-1980** | Arrest Address: |
| DCN or CB: **016585357** | Residence:   **1953 S WILSON CALUMET CITY, IL 60409** |
| Officer:   **ODEN** | Officer Badge#: **17348**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 10-8-515 | **Soliciting Unlawful Business** | OFFENSE AS CITED |
| [1] | B | M | 720 ILCS 5.0/21-3-A | **Criminal Trespass To Real Property** | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/21-5 | **Criminal Trespass To State Land** | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-3-A | **CRIMINAL TRESPASS TO REAL** | M | 06126160501 |

| Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE** | Disposition Date: **24-AUG-2006** |
| Sentence: | Sentence Date: |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-5 | **CRIMINAL TRESPASS TO STAT** | M | 06126160501 |

| Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE** | Disposition Date: **24-AUG-2006** |
| Sentence: | Sentence Date: |

━━━━━ IDOC EVENT ━━━━━

**EVENT: ON PAROLE**

| Institution Name: | Parole Date: | |
| Case Number: | Discharge Date: | **23-FEB-2008** |

━━━━━ ARREST ━━━━━

| Arrest Name: **TATUM, WILLIAM H** | Arrest Date: **01-JUN-2006**   Holding Facility: **CPD - DISTRICT 002 MALE** |
|---|---|
| Date of Birth: **21-JAN-1980** | Arrest Address: |
| DCN or CB: **016553441** | Residence:   **1953 WILSON ST. CALUMET CITY, IL** |
| Officer:   **ROTKVICH** | Officer Badge#: **13479**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|

Exhibit C
3 of 3

[1]  M  F  MURDER          Murder/Intent Kill/Injure

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/9-1(A)(1) | MURDER/INTENT TO KILL/INJ | 1 | 1998CR01046 |

Disposition: FINDING OF NOT GUILTY          Disposition Date: 02-JUN-1999

Sentence:  NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS          Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/9-1(A)(2) | MURDER/STRONG PROB KILL/I | 1 | 1998CR01046 |

Disposition: FINDING OF NOT GUILTY          Disposition Date: 02-JUN-1999

Sentence:  NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS          Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| MURDER | MURDER/INTENT KILL/INJURE | | 98CR-1046 |

Disposition: FINDING OF NOT GUILTY          Disposition Date: 02-JUN-1998

Sentence:          Sentence Date:

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

16-SEP-2016 00:27          Requested by: ▓▓▓▓

# Project Safe Neighborhoods

## ATF TRACE REQUEST

### \*\*\*\* ATTENTION AMELIA

*FAX THIS REQUEST TO ATF GUN CENTER AT (312) 846-8871*

Please forward the trace results for the firearm recovered by the Chicago Police Department under the following case:

RD#:     HZ435688

Case:     People v. William Tatum

Case #:     16CR15137

A.S.A.:     April Gonzales

Please forward the trace results <u>along with a copy of this request</u> to:

Cook County State's Attorney's Office
2650 S. California Ave
Room 11 B 24
Chicago, IL 60608
ATTN: A.S.A. April Gonzales
               (773) 674-7240

\* If you have questions regarding this trace, call the ATF Gun Center at (312) 846-8870 and ask for Amelia.

**FIREARMS RECEIPT & WORKSHEET**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | BEAT | RD CODE INCIDENT TYPE INCIDENT NO |
|---|---|---|---|
| TATUM, WILLIAM | | 533 | 143A RD HZ435688 |

| | UNIT UNIT DESCRIPTION | DATE OF RECOVERY | DATE INVENTORY APPROVED |
|---|---|---|---|
| 13767398 | 005 DISTRICT 5 | 15-SEP-16 | 15-SEP-16 |

TYPE
PISTOL

SUBTYPE
SEMI-AUTOMATIC

MAKE
SPRINGFIELD ARMORY M1A

MODEL
XD - 45 (MOD. 2)

CROATIA

IMPORTER
SPRINGFIELD INC., - GENESEO, IL., - U.S.A. -

| SER # | REGISTERED? | LOCATION |
|---|---|---|
| GM430916 | NO | DUST COVER |

| OTHER # | REGISTERED? | LOCATION |
|---|---|---|
| GM430916 | NO | RIGHT SIDE OF SLIDE AND BARREL |

| CALIBER / TYPE | CAP | BARREL LENGTH | FINISH |
|---|---|---|---|
| .45 AUTO / 6R | 13 + 1 | 3 7/16" | Other |

DESCRIPTION
SPRINGFIELD ARMORY 45 ACP

| RECEIVED FROM | STAR NO. | UNIT NO. | UNIT DESCRIPTION |
|---|---|---|---|
| TROST, MARK | 10363 | 193 | GANG INVESTIGATION |

RECEIVED FROM
Dept.Mail

RECEIVED FROM LOCATION
Other

1, Thirteen round capacity magazine with magazine adapter, for use with this firearm.

1, Nine round capacity magazine for use with this firearm.

7, Live cartridges with head stamp markings "FEDERAL 45 AUTO".

HAMMERLESS

Observed signs of firing residue. Observed light dust (Received from Laser).

| ITEM | FUNCTIONS? | TEST FIRED | |
|---|---|---|---|
| GRIP, TRIGGER | YES | 2 | CPD |

WILL FIRE: Performed function tests and fired two test shots into a water-filled bullet recovery tank. A fired cartridge case was entered into the Chicago Police Department's Integrated Ballistics Identification System (IBIS).

Firearm processed for finger prints by the Chicago Police Department Laser Unit prior to examination.

Manufactured by HS Produkt Karlovac for Springfield Armory U.S.A.

GRIPS: Black polymer grip frame with "GRIP ZONE" on both sides.
FINISH: Black polymer frame with stainless steel slide and black steel barrel.

Gloves were worn while examining this firearm and evidence.

R
D

H
Z
4
3
5
6
8
9

ERPS

| REFER TO | DATE |
|---|---|
| SWAIN, STEVEN | 3122 28-OCT-16 |

CPD-33.400(REV. 8/88) AUTOMATED

Friday November 4 2016 8:48 AM



## OFFICE OF THE STATE'S ATTORNEY
### COOK COUNTY, ILLINOIS

KIMBERLY M. FOXX
STATE'S ATTORNEY

CRIMINAL PROSECUTIONS BUREAU
2650 SOUTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608



**To:** CPD Latent Print Unit **From:** ASA Kathleen Conniff

**Fax:** 312 745-0531    **Pages:** 2    , including cover sheet

**Date:** January 23, 2020

**Re:** Fingerprint Comparison   **cc:**

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

---

● If you have any questions, or if this fax is incomplete, Please call (773) 674-3426. Thank you.

**Comments:**

Please find the following request for fingerprint comparison. The next date is March 4, 2020. Please call me @ 773-674-7240 or email me @ Kathleen.conniff@cookcountyil.gov with any concerns.

Thank you!

Kathleen

**CHICAGO POLICE DEPARTMENT**
**CRIME SCENE PROCESSING REPORT**
3510 South Michigan Avenue
Chicago, Illinois 60653
(for use by Chicago Police Department Personnel Only)



Report No.: **318009**
Incident: **RD HZ435688**
Event No.:
Status: **APPROVED**

Report No.: **318009** Incident: **RD HZ435688** Event No.: Unit Assigned (Beat): **5801** ME No.:

IUCR: **143B WEAPONS VIOLATION UNLAWFUL POSS OTHER FIREARM**

Assignment Type: **FINGERPRINT EXAM** Requested By **CPD FIREARMS LAB**

No Service: **NO** ERT Assignment: **NO** Secured: **NO**

Date / Time Received: **24-OCT-2016 10:00** Arrived: **24-OCT-2016 10:00** Completed: **24-OCT-2016 16:11**

Address of Service **3340 W FILLMORE ST CHICAGO, IL BEAT: 1134**

Address of Incident **13231 S LANGLEY AVE CHICAGO, IL 60628 BEAT: 0533**

Associated Incidents

**Investigating Officers and Technicians**

Evidence Technician **FRANKS, ROBERT** Star No: **14426** Unit: **277**
Evidence Technician **ELLERBECK, THOMAS** Star No: **20265** Unit: **177**
Evidence Technician **SAVAGE, MATTHEW** Star No: **8946** Unit: **177**

**Involved People**

| Name | Sex | Race | Age | D.o.B. | IR No. | CB No. |
|------|-----|------|-----|--------|--------|--------|
| Victim **WIER#5743**, | | | | | | |
| Possible Suspect **TATUM, WILLIAM** | **MALE** | **BLACK** | **36** | **21-JAN-1980** | | |

**Inventories**
None

**Inventory Items**
None

**Firearms**
None

**Crime Scene Photos**
Crime Scene Video Exists **NO**

| Photo Type | Media Type | Scale Used | Photo Description |
|------------|------------|------------|-------------------|
| **OVERALL** | **DIGITAL** | | **OVERALL OF FIREARM MAGAZINE INVENTORIED UNDER INV#13767398** |
| **CLOSE UP** | **DIGITAL** | **Yes** | **(8) CLOSE UPS OF PARTIAL RIDGE IMPRESSIONS ON FIREARM MAGAZINE INVENTORIED UNDER INV#13767398** |

**Involved Vehicles**
None

**Narrative**

The R/T subjected the items inventoried under INV #13767398 (one Springfield Armory Model XD45, two (2) magazines, seven (7) live rounds of ammunition) to a developmental process and examined the article for ridge impressions, with noted results.

The exams resulted in a positive finding for the presence of partial ridge impressions on firearm magzine. R/T took photographs of ridge impressions.

11/21/2019

⊘007/019

11/21/2019 THU 11:35 FAX 9-11 --- 9-6

Page 1 of 2

## ASA REQUEST FOR ISP LABORATORY ANALYSIS

**TO:** ☒ **CPD-ERPS**  ☒ **CPD-Forensic Services Division**  ☐ **ISP-Forensic Science Center at Chicago**

| FROM: | ASA: | Kathleen Conniff | PHONE#: | 773-674-7240 | ROOM#: | 400/11B24 |
|---|---|---|---|---|---|---|
| | FAX#: | 773-674-7385 | JUDGE: | Porter | DATE: | 1/23/20 |

**ATTENTION:**

☐ Forensic Biology (FB)   ☒ Latent Fingerprints (LP)   ☒ Firearms (FA)

☐ DNA (DNA)   ☐ Footwear/Tiretrack (FW)   ☐ Toolmarks (TM)

☐ Drug Chemistry (DC)   ☐ Trace Chemistry (TC)   ☐ Microscopy (M)

**CASE INFORMATION:**

| ISP Case #: | | Agency Case # | HZ435688 | Docket #: | 16CR15137 |
|---|---|---|---|---|---|

| Victim(s): | | Offense: Armed Habitual Criminal | Offense Date: 09-15-2016 |
|---|---|---|---|

| Defendant(s): | William Tatum | D.O.B: 01-21-80 | SID#: | IR#: 1218706 |
|---|---|---|---|---|

Detective: Officer Wier #5743   Area/Agency: Gang Intelligence Unit 193

| Case Summary: (attach pages as necessary) | AO's executed a search warrant for the defendant's house and person. AO's recovered a handgun from the residence. ET PO Franks examined the firearm on 10/24/16 resulting in the positive finding for the presence of partial ridge impressions on the firearm magazine. |
|---|---|

INV/EX#: **13767398**   Description: **Springfield Armory 45 ACP, 2 magazines**

Analysis Requested: Please conduct a comparison analysis from the impressions to the print card from IR #1218706 CB #19371481, William Tatum.

INV/EX#: _____   Description: _____

Analysis Requested:

---

**NAME OF ISP SUPERVISOR/ ANALYST CASE DISCUSSED WITH:**   **DATE:**

Next Status/Court Date: **March 4, 2020**   Trial Demand? (Y/N): **N**

**SEXUAL ASSAULT EVIDENCE CERTIFICATION:**

In accordance with the Sexual Assault Evidence Submission Act (Public Act 96-1011, effective 9-1-10), this evidence is being submitted in connection with a prior or current criminal investigation.

Printed Name of certifying ASA/Investigator _____

Signature of certifying ASA/Investigator _____

☐ This case was collected prior to August 1, 2010 and, pursuant to P.A. 96-1011, is being submitted in accordance with Section 20 of the Act.

# LATENT PRINT EXAMINATION REPORT

**CHICAGO POLICE DEPARTMENT**
**RECORDS SERVICES DIVISION**
**LATENT PRINT UNIT 166**
3510 S. Michigan Avenue Chicago, Illinois 60653
(for use by Chicago Police Department Personnel Only)



| RD No.: | HZ435688 |
|---|---|

Status: **APPROVED**

## Case Information

| | |
|---|---|
| Report No. 22208 | |
| IUCR: 143B - WEAPONS VIOLATION UNLAWFUL POSS OTHER FIREARM | Date of Offense: 15-SEP-2016 |
| Address of Occurrence: 13231 S LANGLEY AVE | Requesting Unit: 620 |
| Location: CHICAGO, IL   Beat: 0533 | Requesting Detective: |
| Victim: WIER#5743, | |

## Inventories

| Inventory No. | Item ID | Qty | Property Type | Description |
|---|---|---|---|---|
| 13767398 | 8181200 | 1 | FIREARM | springfield armory 45 acp |
| | 8181279 | 1 | MAGAZINE | empty magazine |
| | 8181280 | 1 | MAGAZINE | magazine containing unk live rounds |

## Manual

Comparison revealed that the latent impression from Inventory No. 13767398 was **NOT IDENTIFIED** to a copy of the fingerprint/palm card standard bearing the name TATUM, WILLIAM , IR No. 1218706.

## AFIS

An AFIS search of the latent impression from Inventory No. **13767398 DID NOT** reveal an identification.

## Latent Examiner Comments

The above results refer only to the inventoried items examined at the time of this report by the Latent Print Unit - 177.

This examination was completed at the request of ASA Kathleen Conniff of the 26th and California Court Branch, Office 11B24. The result of that comparison is displayed in the Manual section of this report. The unidentified AFIS suitable impression is registered in the Local AFIS latent print database. Please contact the CPD Latent Print Unit when the case is closed so that the impression can be deleted from AFIS.

Evidence Technicians: FRANKS, Robert #2549 Unit 277, ELLERBECK, Thomas #20265, SAVAGE, Matthew #8946 Unit 177.

## Case Notes

Identifications referenced to specific inventory numbers are listed below. All identifications are from locations as notated by the Evidence Technician.

**Report Reviewed By:** JONES, Michael J **Star No.:** 13425 **Date:** 21-FEB-2020

RD No. HZ435688

STATE OF ILLINOIS    )
                           )   SS:

COUNTY OF C O O K    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,  )
               Plaintiff,  )
                            )
      -vs-                )  NO:   16 CR-15137
                            )  HON.  DENNIS J. PORTER
                            )
WILLIAM TATUM,            )
               Defendant.)

## MOTION FOR FINGERPRINT EXAMINATION

NOW COMES the defendant, WILLIAM TATUM, by and through his attorney, JAYNE A. INGLES, pursuant to Illinois Supreme Court Rule 412 (e), and moves this Honorable Court for fingerprint comparison of certain evidence.

1. That he is the defendant in the above-entitled cause.
2. That the State intends to prove that the Defendant possessed a certain item, to wit, a Springfield Armory Model XD45 handgun Serial #430916 and two magazines.
3. That the inventory number for the evidence is 13767398.
4. That fingerprint evidence is highly probative, relevant, and of great assistance to the trier of fact in determining innocence or guilt.
5. A latent impression was recovered from the magazine of the weapon which is suitable for comparison. The latent impression was NOT IDENTIFIED to a copy of the fingerprint card standard of William Tatum.
6. The defense is requesting that a comparison to the fingerprints of Lakacia Tye.

WHEREFORE, Defendant, WILLIAM TATUM, prays that this Honorable Court direct the Illinois State Police Crime Lab and the Chicago Police Department to conduct fingerprint comparison on the handgun in question.

Respectfully submitted,

*Jayne A. Ingles*

JAYNE A. INGLES
Attorney for Defendant

**Order**                                          **(Rev. 9/13/04) CCG 0002**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE

v.

No.   16 CR-15137

WILLIAM TATUM

## ORDER

This matter coming to be heard before the Honorable Judge Dennis J. Porter, on this 16th day of October 2020, it is hereby ordered that the Chicago Police Department submit the following items to the crime lab for processing of latent fingerprint analysis and comparison to Lakacia R. Tye:

1.) Springfield Armory 45 caliber handgun Serial #430916 Item ID# 8181200

2.) One empty magazine Item ID# 8181279

3.) One magazine containing unknown live rounds Item ID# 8181280

The inventory number for the evidence is 13767398, a copy of which is attached.

> ENTERED
> JUDGE DENNIS PORTER-1512
> OCT 16 2020
> DOROTHY BROWN
> CLERK OF THE CIRCUIT COURT
> OF COOK COUNTY, IL

| | |
|---|---|
| Atty. No. ▓▓▓▓ | |
| Name: JAYNE A. INGLES | |
| Atty. for: Defendant | ENTERED: |
| Address: 2134 W. Chicago Avenue, Suite 100 | |
| City/State/Zip: Chicago, Illinois 60622 | |
| Telephone: ▓▓▓▓▓ | Judge        Judge's No. |

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# LATENT PRINT EXAMINATION REPORT

**CHICAGO POLICE DEPARTMENT**
**RECORDS SERVICES DIVISION**
**LATENT PRINT UNIT 166**
3510 S. Michigan Avenue Chicago, Illinois 60653
(for use by Chicago Police Department Personnel Only)



RD No.: **HZ435688**

Status: **APPROVED**

## Case Information

| | |
|---|---|
| **Report No.** 23478 | |
| **IUCR:** 143B - WEAPONS VIOLATION UNLAWFUL POSSESSION - OTHER FIREARM | **Date of Offense:** 15-SEP-2016 |
| **Address of Occurrence:** 13231 S LANGLEY AVE | **Requesting Unit:** 620 |
| **Location:** CHICAGO, IL   **Beat:** 0533 | **Requesting Detective:** |
| **Victim:** WIER#5743, | |

## Inventories

| Inventory No. | Item ID | Qty | Property Type | Description |
|---|---|---|---|---|
| 13767398 | 8181200 | 1 | FIREARM | springfield armory 45 acp |
| | 8181279 | 1 | MAGAZINE | empty magazine |
| | 8181280 | 1 | MAGAZINE | magazine containing unk live rounds |

## Manual

Comparison revealed that the latent impression from Inventory No. **13767398** was **NOT IDENTIFIED** to a copy of the fingerprint/palm card standard bearing the name **TYE, LAKACIA , IR No.** ███████  ⊕

## Latent Examiner Comments

The above results refer only to the inventoried items examined at the time of this report by the Latent Print Unit - 177.

This is an addendum to Report No.22208 dated 21-FEB-2020. ASA Ashley Brody of the 26th and California Court Branch requested a comparison of the latent evidence to an Access and Review fingerprint card (IR No ██████, Transaction Control Number ████████ of witness TYE, Lakacia (printed by The Chicago Police Department on 06-APR-2021). The result of that comparison is displayed in the Manual section of this report.

Evidence Technicians:FRANKS, Robert #2549 Unit 277, ELLERBECK, Thomas #20265, SAVAGE, Matthew #8946 Unit 177.

## Case Notes

Identifications referenced to specific inventory numbers are listed below. All identifications are from locations as notated by the Evidence Technician.

**Report Reviewed By:**   METKE, Alan D  **Star No.:** 19870   **Date:** 02-JUL-2021

## Latent Print Examiner

**Examination Conducted By:**

**Latent Print Examiner:** CALVO, Joseph O  **Star No.:** 8458

RD No. HZ435688

Plaintiff's
Exhibit 1
1 of 6

STATE OF ILLINOIS )

COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,

vs.

William Tatum
**Defendant.**

Case No. _16CR 10137_

## MOTION FOR DISCOVERY

Now comes the defendant, William Tatum , by his/her attorney,
**AMY P. CAMPANELLI**, Public Defender of Cook County, through Dylan Sacre
Assistant Public Defender, and moves this Honorable Court for an order to be entered upon the
State's Attorney to disclose and produce certain evidence which is essential and material to the
preparation of the defense.

The defendant requests that such disclosure and production include, but not limited to,
the following:

1. A Bill of Particulars containing:

   a) The exact time and date of the occurrence;

   b) The exact street address and any physical description of the location
      of the occurrences.

2. A List of Witnesses of persons whom the prosecution may or may not call as
witnesses and their addresses, including production of the following:

   a) · Any written or recorded statements by these witnesses, including those
      written or recorded statements of police officers;

   b) Any memoranda reporting or summarizing oral statements by such
      witnesses.

3. A List of Witnesses that the State may or may not call who were occurrence
witnesses at the scene of the allege offense or who were present at the time of the arrest of
defendant, together with their last know addresses and telephone numbers.

4. Any written or recorded statement or statements and the substance of any oral

statements made by the accused or co-defendant or co-indictee, and include:

    a)    A list of witnesses to the making and acknowledgment of such statements;

    b)    The time, place and the date of the making of such statements;

    c)    Any written or recorded memoranda containing the substance of oral statements.

5.    Any transcript of the Grand Jury Minutes containing testimony of the accused and testimony before the Grand Jury of those witnesses who may be called to testify at trial. This is to include any transcription made of witnesses' testimony that may be favorable to the defense.

6.    A List of all physical property that the State intends to use at the time of trial, including:

    a)    A list of all physical property in the possession of law enforcement officials;

    b)    Date and time the property was acquired;

    c)    Location from which property was acquired;

    d)    What person or persons first took the property into their possession;

    e)    Reports made by law enforcement authorities pertaining to this property, including scientific reports, etc.;

    f)    That such property be made available to the defense for inspection before trial.

7.    Duplicate photographs of the crime scene in the possession of the State's Attorneys Office or any law enforcement agency that photographed the scene.

8.    Duplicate photographs of any and all lineups in which the defendant was a participant.

9.    Any reports or statement of experts made in connection with the particular case, including the results of physical or mental examination and/or scientific tests, experiments and comparisons, and a statement of qualifications of the expert.

10.    Any books, papers, documents, photographs and tangible objects which the prosecution intends to use in the hearing or trial and/or which were obtained from or belong to the accused or co-defendants.

11.    Prior criminal records of State's witnesses to be used for impeachment.

12.    It is further requested that the prosecution disclose whether there is pending

against any witness listed in paragraph (2) supra, any criminal or civil action involving the People of the State of Illinois or any such action pending during the pendency of the prosecution of the accused, and if so, full disclosure as to the nature and outcome of such legal action or actions.

13.    Whether the prosecution intends to use certified copies of convictions of the accused for purposes of impeachment during trial and the time and jurisdiction of such convictions.

14.    That the prosecution disclose whether it will rely on prior acts or convictions of a similar nature for proof of knowledge, intent or motive.

15.    That the State provide defense counsel with the names and addresses of the witnesses they intend to call at the time of trial for identification of the defendant as the perpetrator of the crime including:

      a)     Time, date and place of identification;

      b)     If photographic identification was used, production of any photo used, whether of defendant or of other person;

      c)     All persons present at such viewing;

      d)     Any pictures taken of line-up, etc.;

      e)     Names and addresses of any individuals who confronted accused and made no identification or identified him for other crimes.

16.    That the prosecution inform counsel for the accused as to whether any person has identified anyone other than the accused as the perpetrator or participant in the offense charged.

17.    That the prosecution inform counsel for the accused as to whether any person has identified the photograph of anyone other than the accused as the perpetrator or participant in the offense charged.

18.    To supply any report and results of any and all scientific tests, experiments and examinations made by experts or others and the names of such persons who conducted the tests (including such tests as ballistics, fingerprints, blood, semen and other stains) pertinent to this case.

19.    That the prosecution shall inform defense counsel of any electronic surveillance (including wire-tapping) or conversations to which the accused was a party, of his premises or that the prosecution intends to use for prosecution of a conspiracy.

20.    That the prosecution inform defense counsel whether any evidence was acquired

as a result of the execution of any legal process. If so, a copy of the process to be supplied to the defense for purposes of inspection.

21.    That the prosecution disclose to the defense the names and addresses of any witnesses who may be or would be favorable to the defense. These witnesses to be clearly and separately identified on the List of Witnesses. The same disclosure is requested of any physical evidence of scientific evidence that might be or would be favorable to the defense. Any and all material or information within its possession or control which tends to negate the guilt of the accused as to the offense charged or would tend to reduce his punishment therefore.

22.    In the event an anonymous informant is utilized in any fashion, that the Court compel production of the informant in camera for purposes of determining compliance with fundamental and procedural due process of any prior determination of probable cause by examination of said informant.

23.    To provide to defendant not less than seven (7) days before the date set for the hearing or trial, or at such other time as the Court may direct, the names and addresses of witnesses the State intends to call in rebuttal, together with the information required to be disclosed in connection with other witnesses, and a specific statement as to the substance of the testimony such witnesses will give at the trial of the cause.

24.    That pursuant to Supreme Court Rule 415 (b), an order be entered upon the People  to, from time to time, make such amendments to their answer as may be required by new or modified information in its possession, knowledge or control.

**ACCORDINGLY**, defendant requests this Honorable Court pursuant to Ill. Supreme Court Rule 412 and the Constitution of the United States Amendments Six and Fourteen and the Constitution of Illinois, Article 1, Section 8, to enter an order requiring the prosecution to fulfill the aforesaid requests at the earliest time possible.

Respectfully submitted,

**AMY P. CAMPANELLI**
Public Defender of Cook County

BY:
Assistant Public Defender

*Ex/A/#/*
*5 of 6*

STATE OF ILLINOIS )
                   ) SS.
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
Plaintiff                        )
                                 )
               VS.               )  Case No.  16CR-15137
                                 )
William Tatum                    )
Defendant(s)                     )

## ANSWER TO DISCOVERY

TO:  Attorney of Record

Now come the PEOPLE OF THE STATE OF ILLINOIS, by their Attorney, ANITA ALVAREZ, State's Attorney of Cook County, Illinois, through her Assistant, Robert M Holland and answer the defendant's motion for pre-trial discovery as follows:

1.  State may call as witnesses any person named in the police reports, transcripts, medical reports, and other documents attached to and incorporated as part of this answer.

2.  All items set forth in said documents may be used at trial as physical evidence and will be available for inspection at a reasonable date, time and place upon request.

3.  Statements of persons State may call as witnesses; statements made by defendant or co-defendant and list of witnesses to the making; date, time and place of occurrence; process used to seize evidence and identification procedure are in above said documents.

4.  Grand Jury transcript as described in Supreme Court Rule 412 (iv) available upon receipt.

5.  Reports of experts and examination results, if any, will be tendered to defense upon receipt.

6.  No known record of criminal convictions which can be used for impeachment of intended State witnesses and no electronic surveillance of accused or his premises.

7. No known material or information within possession or control of State which tends to negate guilt of accused or reduce punishment of accused.

8. <u>Pursuant to Supreme Court Rule 415(c) materials furnished to an attorney shall remain in his exclusive custody and be used only for the purpose of conducting his side of the case.</u>

ANITA ALVAREZ, ████
State's Attorney of Cook County

By: _____
Robert M Holland
Assistant State's Attorney



Exh. # G
2 of 11





Exh. # G
3 of 11



Exh. #G
4 of 11



Exh # 6
5 of 11





Exh. # G
7 of 11



Exh # 6
8 of 11



Exh. # G
9 of 11



Exh. #G
10 of 11



Exh. # G
11 of 11

STATE OF ILLINOIS)
             )     SS.
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | Case No. 16CR1513701 |
| | ) | |
| William Tatum | ) | |
| Defendant(s) | ) | |

## **COURT ORDER**

IT IS HEREBY ORDERED and decreed that the State's Attorney's Office or authorized law ~~orcement agency shall:

### **CONFISC   E AND DISPOSE OF ACCORDING TO LAW**

all property li   the following inventory numbers:

(1)             Serial Number: GM430916     Inv. # 13767398
                                       RD#: HZ435688

\,
45

E
N
   T
     E
      R:_____

                  Judge of the Circuit Court
                  of the County of Cook

ENTERED
Michael Clancy #2058
DEC 08 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Dated:

Exh. # H
2 of 3

13767398

# ☒ 2435688

## COURT ORDER
### IN THE CIRCUIT COURT OF COOK COUNTY

HZ435688

STATE OF ILLINOIS
COUNTY OF COOK } ss.

It is hereby Ordered and decreed that

All Property described on Lines _____ of this Inventory one, be

Confiscated and Disposed of by the Chicago Police Custodian.

Impounded by the Clerk of the Circuit Court, who shall receive and preserve same for use in any trial or in subsequent trials
(Complete Receipt below)

Turned over to (print Name) _____

Enter (Judge) _____

Court Presiding in _____

Signature of Officer
obtaining Court Order _____

SEAL OF COURT

Date _____

Star No. & Unit _____

### RECEIPT FOR ABOVE PROPERTY

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY LISTED ON THE ABOVE SHOWN COURT ORDER

Signature of Recipient _____

Signature of Officer
making Turnover of Property _____

Address _____

Star No. & Unit _____

Date _____

### PROPERTY TURNOVER TO STATE'S ATTORNEY OR OTHER LAW ENFORCEMENT AGENCIES

This is to certify that I have taken custody and control of all property listed on this Inventory form. I shall preserve, protect and retain all articles of physical evidence listed for presentation of use in a pending trial, appeal or subsequent trial. I further acknowledge that disposal of this property will be made in accordance with an Order of the Court having jurisdiction.

Signature of Recipient _____

Signature of Officer
making Turnover of Property _____

Title GAVIN QUINN ASAC

Star No. & Unit 1038 167

Date _____

### RETURN TO OWNER (WITHOUT COURT ORDER)

CHECK ONE:  COMPLETE RETURN TO OWNER    PARTIAL RETURN TO OWNER

Furthering Watch
or Unit Commander _____

Signature of Recipient _____

Signature of Officer
Returning Property _____

Rank & Unit _____

Address _____

Star No. _____

Date _____

Date _____

Rank & Unit _____

NOTE: ALL SIGNATURE LINES ON THIS FORM MUST CONTAIN PROPER SIGNATURES
RETURN TO E. & R.P.S. IN PERSON

*Exh. # H*
*3 of 3*

**INVENTORY #**

13767410
13767757

COURT ORDER

IN THE CIRCUIT COURT OF COOK COUNTY

STATE OF ILLINOIS )
                        ) SS.
COUNTY OF COOK )

**INCIDENT #**

HZ4356088

*It is hereby ordered and decreed that:*

All Property described on Line(s) _____ of this Inventory shall be:

☐ Confiscated and Disposed of by the Chicago Police Custodian

☐ Impounded by the Clerk of the Circuit Court, who shall receive and preserve same for use in any appeals or subsequent trials (complete Receipt below)

☐ Turned over to (print Name)

**SEAL OF COURT**

Enter (Judge)

Court Presiding in                                           Date

Signature of Officer
obtaining Court Order                                        Star No. & Unit

**RECEIPT FOR ABOVE PROPERTY**

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY LISTED ON THE ABOVE SHOWN COURT ORDER.

Signature of Recipient                    Address                         Date

Signature of Officer
making Turnover of Property                              Star No. & Unit

**2     PROPERTY TURNOVER TO STATE'S ATTORNEY OR OTHER LAW ENFORCEMENT AGENCIES**

This is to certify that I have taken custody and control of all property listed on this Inventory form. I shall preserve, protect and retain all articles of physical evidence listed for presentation or use in a pending trial, appeal or subsequent trial. I further acknowledge that disposal of this property will be made in accordance with an Order of the Court having jurisdiction.

Signature of Recipient  X _Robert Holland_  Title _ASA_        Date 5/8/17
                          Robert Holland

Signature of Officer
making Turnover of Property                        Star No. & Unit  5743  189

**3     RETURN TO OWNER (WITHOUT COURT ORDER)**

CHECK ONE: ☐ COMPLETE RETURN TO OWNER    ☐ PARTIAL RETURN TO OWNER, LINE(S)

Authorizing Watch
or Unit Commander                    Rank & Unit                   Date

Signature of Recipient               Address                       Date

Signature of Officer
Returning Property                   Star No            Rank & Unit

NOTE: ALL SIGNATURE LINES ON THIS FORM MUST CONTAIN PROPER SIGNATURES.
RETURN TO E. & R.P.S. IN PERSON

**PRINT & SIGN**

**ERPS UNIT 167**
**1011 S. Homan Avenue**
**Chicago, Illinois 60624**

Plaintiff's Exhibit
1 of 2

STATE OF ILLINOIS )
                ) SS.
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) |
| | ) |
| vs. | )    Case No. 16CR-15137 |
| | ) |
| William Tatum | ) |

## THE PEOPLE'S MOTION FOR REIMBURSEMENT OF COUNTY
## FUNDS EXPENDED FOR COST OF COURT-APPOINTED COUNSEL

The People of the State of Illinois, by and through their attorney, ANITA ALVAREZ, State's Attorney of Cook County, and her Assistant State's Attorney, Robert M Holland, respectfully move this Honorable Court to conduct a hearing pursuant to 725 ILCS 5/113-3.1 to determine whether this Court should order the defendant to pay to the Clerk of the Circuit Court a reasonable sum to reimburse the county for the cost of legal representation by court-appointed counsel.

In support of this motion, the People allege the following:

1. Under certain circumstances, Illinois law provides for reimbursement to the county for the cost of court-appointed counsel. 725 ILCS 5/113-3.1.
2. 725 ILCS 5/113-3.1 provides that when "the court appoints counsel to represent a defendant, the court may order the defendant to pay to the Clerk of the Circuit Court a reasonable sum to reimburse either the county or the State for such representation."
3. Requiring a hearing for the trial court to consider the financial circumstances of defendants that have posted bail and defendants that have not posted bail in order to determine whether an indigent defendant should pay a reasonable sum to reimburse the county for legal representation by court-appointed counsel does not violate equal protection or due process. *People v. Love*, 177 Ill.2d 550, 687 N.E.2d 32, 37 (1997), *People v. Cook*, 81 Ill.2d 176, 407 N.E.2d 56, 59-60 (1980).
4. Accordingly, the People request this Honorable Court to conduct a hearing to determine whether the county should be reimbursed for some or all of the funds expended for legal representation by court-appointed counsel. 725 ILCS 5/113-3.1 and *People v. Love*, 177 Ill.2d 550 (1997).

WHEREFORE, the People respectfully request that this Honorable Court conduct a hearing pursuant to 725 ILCS 5/113-3.1 to determine whether defendant should be ordered to pay a reasonable sum to the county as reimbursement for legal representation by court-appointed counsel.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: _____
Robert M Holland
Assistant State's Attorney

To The Clerk, US District Court

11/18/24

This correspondence is sent in for William Tatum
No. S00230. He was transferred to Illinois River
Corr. Center. His petition got mixed in with mines,
from the law library.

Ronald Brown

A01148

Mt Sterling Ill 62353

**IN THE**

US DISTRICT COURT
NORTHERN DISTRICT OF Illinois

William Tatum, # SOO203 )
    Plaintiff, Pro Se, )
    )
VS. )
The People of the State of Illinois,)
Kim Foxx, Brandon Johnson )
    Defendants, Respondents — )
    et. al )

Case No.: _____

## NOTICE OF FILING/PROOF OF SERVICE

TO: Hon. Clerk of U.S. District Ct.
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

TO: Hon. Kim Foxx
Cook County State Attorney Office
69 W. Washington St.
Chicago, IL 60607

TO: Brandon Johnson (Honorable)
Mayor - City of Chicago, IL
121 N. LaSalle St. Suite 507
Chicago, IL 60602

TO: William Tatum, # SOO203
Illinois River Correctional Center
Rt. 99 West P.O. Box 999
Canton, IL 61520

PLEASE TAKE NOTICE that on _____, 20 24, I have placed the documents listed below in the institutional mail at _Western IL._ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.
_1 Petition for a Civil Action & 1983 lawsuit, with Exhibits, to be Electronically Filed and E-Filed to the people listed above and each Defendant named in the litigation._

### DECLARATION UNDER PENALTY OF PERJURY

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters there in stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: October 17, 2024

/s/ William Tatum
NAME: William Tatum
IDOC#: SOO203
Western Correctional Center
P.O. Box 1000
Mt. Sterling, IL 62353

William Tatum - S09230
Rt. 99 West P.O. Box 999
Canton, IL 61520

U.S. District Court
Northern District of Illinois
219 S. Dearborn St
Chicago, IL 60604

Legal Mail

Ronald Browne
A-01148
2500 Rte 99 South
Mt. Sterling, IL 62353

This Correspondence is from an Individual in Custody in the Illinois Department of Corrections



US POSTAGE PITNEY BOW
ZIP 62353 $ 008.70
02 4W
0000386353 NOV 19 20

Clerk of the U.S District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Legal mail
Confidential
Don't open



11/25/2024-8

RECEIVED
NOV 25 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



UNITED STATES POSTAL SERVICE ®   pitney bowes

USPS TRACKING #

9488 8090 0027 6293 7 70 26